# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
UNIT Company ) ASBCA No. 60926
)
Under Contract No. W911KB-14-C-0021 )

APPEARANCE FOR THE APPELLANT: Mr. Michael J. Fall
President

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Kyle B. Davis, Esq.
Carl F. Olson, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Alaska

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 19 July 2017

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60926, Appeal of UNIT Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals